UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SCHWARTZ SIMON EDELSTEIN
CELSO & KESSLER LLC
44 Whippany Road, Suite 210
P.O. Box 2355
Morristown, New Jersey 07962
Florham Park, NJ  07932
(973) 301-0001
Attorneys for Defendants, Plainfield Area
Regional Sewerage Authority, Robert Villee, Frank
Kunz, Cindy Lee Kuntz, Al Ellis, Robert Johnston,
Carol Pizzuto, David Ervin, Herbert Lauterwald,
Jr., James Koch, William Populus, William J.
Thomas, Maraziti, Falcon and Healey, David J.
Ruitenberg, and Brent T. Carney

| | |
|---|---|
| CASSANDRA WILTZ, | |
| Plaintiff, | :Civil Action No. 05-3915 (DMC) |
| vs. | :USCA# 06-3610 |
| | : |
| MIDDLESEX COUNTY OFFICE OF | : |
| THE PROSECUTOR, WILLIAM F. | : |
| LAMB, GARY CHARYDCZAK, | :   **ORDER ON THE MANDATE** |
| FRANK D. DININNO, BRUCE | : |
| KAPLAN, MIDDLESEX BOROUGH | : |
| POLICE DEPARTMENT, MICHAEL | : |
| MASTROGIOVANNI, DENNIS G. | : |
| DONNATELLI, MATTHEW GEIST, | : |
| GREG SHARKEY, JAMES L | : |
| BENSON, PLAINFIELD AREA | : |
| REGIONAL SEWERAGE | : |
| AUTHORITY, ROBERT VILLEE, | : |
| FRANK KUNZ, CINDY LEE | : |
| KUNTZ, AL ELLIS, ROBERT | : |
| JOHNSTON, CAROL PIZZUTO, | : |
| DAVID ERVIN, HERBERT | : |
| LAUTERWALD, JR., JAMES | : |
| KOCH, WILLIAM POPULUS, | : |
| WILLIAM J. THOMAS, JOHN J. | : |
| ECCLESTON, R.D. HUNTER & | : |
| COMPANY, HUNTER GROUP, | : |
| CPA, MARAZITI, FALCON AND | : |
| HEALEY, DAVID J. | : |
| RUITENBERG, AND BRENT T. | : |
| CARNEY, | : |
| Defendants. | : |
| | : |
| | : |

{00331263; 1}

This matter having come before the United States Court of Appeals for the Third Circuit upon the application of pro se plaintiff/appellant Cassandra Wiltz ("Appellant"), on notice to Schwartz Simon Edelstein Celso & Kessler LLC, attorneys for defendants/appellees, Plainfield Area Regional Sewerage Authority, Robert Villee, Frank Kunz, Cindy Lee Kuntz, Al Ellis, Robert Johnston, Carol Pizzuto, David Ervin, Herbert Lauterwald, Jr., James Koch, William Populus, William J. Thomas, Maraziti, Falcon & Healey, David J. Ruitenberg and Brent T. Carney (the "Appellees"), and the United States Court of Appeals for the Third Circuit Court having considered the papers submitted by the parties, and the United States Court of Appeals for the Third Circuit having issued a Judgment on September 19, 2007, and a Judgment in Lieu of a Formal Mandate on October 31, 2007, and good cause having been shown for the entry of the within Order;

It is on this 26th day of March, 2008;

**ORDERED** that the judgment of the United States District Court for the District of New Jersey entered July 12, 2006 be and the same is hereby affirmed; and it is further

**ORDERED** that costs in the amount of $206.60 shall be taxed against Appellant and in favor of Appellees; and it is further

**ORDERED** that a copy of this Order shall be served upon all

{00233858; 1}

parties within __5__ days hereof.

_____, U.S.D.J

Dennis M. Cavanaugh
U.S. District Judge